IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

DAISY HILL,
    Plaintiff,

v.                                                            Civil No. 3:22cv688 (DJN)

MARTIN O'MALLEY,
    Commissioner of the Social Security Administration,
    Defendant.

**FINAL ORDER**
**(Adopting Report and Recommendation)**

This matter comes before the Court on the Report and Recommendation of Magistrate Judge Summer L. Speight entered on January 12, 2024. (ECF No. 22.) The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED that:

1. The Report and Recommendation of Judge Speight, (ECF No. 22), is ACCEPTED and ADOPTED as the OPINION of the Court;

2. Plaintiff's Motion for Summary Judgment, (ECF No. 13), is GRANTED IN PART to the extent it requests reversal and remand;

3. Plaintiff's Motion for Summary Judgment, (ECF No. 13), is DENIED IN PART to the extent it requests an immediate award of benefits;

4. Defendant's Motion to Remand, (ECF No. 17), is hereby GRANTED;

5. The decision of the Commissioner is hereby REVERSED; and,

6. The case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this Report and Recommendation.

Let the Clerk file this Order electronically and notify all counsel of record accordingly.

It is so ORDERED.

                                                                             /s/
                                                        David J. Novak
                                                        United States District Judge

Richmond, Virginia
Dated: January 31, 2024